RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 27 2015

Abel Acosta, Clerk

RECEIVED IN
The Court of Appeals
Sixth District

AUG 1 7 2015

Texarkana, Texas
Debra Autrey, Clerk

MARK ANTHONY YOUNG

VS.

THE STATE OF TEXAS

CAUSE NO. _____

IN THE SIXTH

COURT OF CRIMINAL APPEALS

HUNT COUNTY, TEXAS

REQUEST FOR COURT APPOINTED COUNSEL

PURSUANT TO ARTICLE 1.051, TEXAS CODE OF CRIMINAL PROCEDURE

FILED IN
COURT OF CRIMINAL APPEALS

AUG 27 2015

Abel Acosta, Clerk

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the Petitioner, Mark Anthony Young, TDCJ#1929961, and requests the Court appoint counsel to assist him in filing petition for discretionary review and habeas corpus in the above-styled cause pursuant to Texas Code of Criminal Procedure, article 1.051. Article 1.051(d) states as follows:"An eligible indigent defendant is entitled to have the trial court appoint an attorney to represent him in the following appellate and postconviction habeas corpus matters: (1) an appeal to a court of appeals; (2) an appeal to the Court of Criminal Appeals if the appeal is made directly from the trial court or if a petition for discretionary review has been granted; (3) a habeas corpus proceeding if the court concludes that the interests of justice require representation; (4) any other appellate proceeding if the court concludes that the interest of justice require representation.

As the Defendant, in the above-styled cause postconviction proceedings, he was constrained to respond to an Anders brief, whereas, he has no physical access to research and review his case in compliance with the requirements of ANDERS vs. CALIFORNIA, 386 U.S. S.Ct. 1396, 18 L.Ed.2d 493 (1966) and GAINOUS vs. STATE, 436 S.W.2d 137, 138(Tex.Crim.App. 1969). These case laws are not available to the Petitioner/Defendant. Also not available to the Petitioner/Defendant is the Texas Constitution, which is a crucial material to his state conviction, for the Texas Constitution provides benefits for the Petitioner/Defendant that the United States Constitution does not (which he has physical access to). The above forgoing case laws and the Texas Constitution has been excluded from the Michael Unit Law Library as communicated and expressed to him by the Senior Warden, Eddie Baker, and Law Library Supervisor, Ms. Stotts, they said these will not be made available to inmates no

matter what litigation the prisoner is in...including post-conviction criminal litigations. Without any physical access to these legal materials, the Petitioner/ Defendant rights to access to courts has been detrimentally abridged. Under the Board Policy Number BP-03.81 Rules Governing Offender Access to Courts, Counsel, and Public Officials states in part that, "...Offenders may present any issue, including challenges to the legality of their confinement...." This Policy was systematically passed at the time the above foregoing case laws and the Texas Constitution was available (April 20, 2012). Since September 2013, these were excluded procedurally and systematically via the Michael Unit Law Library which conflicts with Texas Government Code sections 492.013(a), 495.025, 499.102(a)(12) and LEWIS vs. CASEY, 518 U.S. 343, 354-355, 116 S.Ct. 2174, 2181-2182, and the VIENNA CONVENTION ON CONSULAR RELATIONS AND OPTIONAL PROTOCOLS, article 36, and BOUNDS vs. SMITH, 430 U.S. 817, 97 S.Ct. 1491, 52 L.Ed.2d 72 (1977). Petitioner/ Defendant's Declaration in Support of Right to Representation of Counsel is attached and incorporated hereto as Exhibit 1.

Respectfully submitted,

/s/ Mark Anthony Young

Mark Anthony Young, Pro se
1929961, Michael Unit
2664 F.M. 2054
Tennessee Colony, TX 75886
(903)-928-2311/FAX-928-2197

CC: File

RECEIVED IN
The Court of Appeals
Sixth District

AUG 1 7 2015

Texarkana, Texas
Debra Autrey, **Clerk**

<u>EXIBIT 1</u>

<u>DECLARATION IN SUPPORT OF</u>

<u>RIGHT TO REPRESENTATION BY COUNSEL</u>

<u>ART. 1.051. TEXAS CODE OF CRIMINAL PROCEDURE.</u>

The following Declaration is in support of Article 1.051 Right to Representation by Counsel in the Texas Code of Criminal Procedure pursuant to the Texas Rules of Civil Practice and Title 6, Chapter 132 of the Civil Practice and remedies Code.

Now respectfully comes Mark Anthony Young, TDCJ#1929961, certify and declare under penalty of perjury that I am unable to pay court costs in this action and earnestly requests leave of this Court to proceed in forma pauperis in this accompanying action and would respectfully show the Court the following:

(1) I am presently incarcerated unlawfully in the Texas Department of Criminal Justice-Correctional Institutional Division on the Mark W. Michael Unit (Michael) serving a sentence for a state offense, unjustifiably denied physical access to the Texas Constitution, and case laws crucial to my challenges to this unlawful conviction. I am not permitted to have any recourse to earn or handle money and cannot employ counsel or purchase these crucial legal materials.

(2) I have no source of income or spousal support.

(3) I currently have deficient/insufficient funds credited to me in the Inmate Trust Fund, where I solely rely on gifts to sustain me so I can purchase personal hygiene items, for these items are excluded from indigent people by design.

(4) I neither own nor have interest in any realty, stocks, bonds, or bank accounts, and I receive no interest or dividend income from any source.

(5) During my incarceration in the Texas Department of Criminal Justice, I have not gained any money of any kind from anyone.

(6) I have no dependents.

(7) I have no debts.

(8) I owe _____ restitution.

(9) My monthly expense are zero.

I, Mark Anthony Young, TDCJ#1929961, being presently incarcerated unlawfully in the Mark W. Michael Unit of the Texas Department of Criminal Justice-Correctional Division in Anderson County, Texas does certify and declare under penalty of perjury

Page 1

that the above foregoing statements are true and correct. Executed on the _9th_ day of August, 2015.

/s/ Mark Young

Mark Anthony Young, Pro se
1929961, Michael Unit
2664 F.M. 2054
Tennessee Colony, TX 75886
(903)-928-2311/FAX-928-2197

CC: File